IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREANDOUS COTTON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>R. GROUNDS,<br><br>　　　　Respondent. | No. C 13-1239 WHA (PR)<br><br>**ORDER DENYING MOTION FOR DISCOVERY; GRANTING EXTENSION OF TIME**<br><br>(Dkt. 10, 12) |

Petitioner, a California prisoner incarcerated at Salinas Valley State Prison, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 challenging disciplinary findings that resulted in his loss of "good time" credits. Respondent has filed an answer. Petitioner filed a motion for discovery and for an extension of time to file a traverse.

Under Rule 6(a) of the Rules Governing Section 2254 Cases, discovery is only allowed upon a showing of "good cause." Petitioner seeks discovery about the existence of "kites or bundles" allegedly recovered from petitioner prior to the search of his cell in which prison officials found a weapon. The existence of the kites was included in the crime reports that are already a part of the record in this case to which petitioner has access (Pet. Ex. A at 22; Ans. Ex. 2). Petitioner also seeks discovery about the reason that officers searched him for the kites and bundles. That issue is not relevant to the issues presented here, namely whether there was "some evidence" that he had a weapon in his cell and whether he was afforded procedural protections required by due process in his disciplinary hearing. Petitioner has not shown good

cause to engage in the discovery he seeks, and the motion is consequently **DENIED**. Good cause appearing, the motion for an extension of time to file a traverse is **Granted**. Petitioner may file a traverse on or before **November 12, 2013.**

**IT IS SO ORDERED.**

Dated: October  7 , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE