IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREANDOUS COTTON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>R. GROUNDS,<br><br>　　　　Respondent.<br>　　　　　　　　　　　　　　　/ | No. C 13-1239 WHA (PR)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION; GRANTING EXTENSION OF TIME**<br><br>(Dkt. 14) |

　　　　Petitioner, a California prisoner incarcerated at Salinas Valley State Prison, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 challenging disciplinary findings that resulted in his loss of "good time" credits.  Respondent has filed an answer.  Petitioner filed a motion for discovery and for an extension of time to file a traverse.  The request for discovery was denied, but an extension of time was granted**.**

　　　　Petitioner has filed a motion for reconsideration of the denial of his request for discovery.  Discovery was denied because petitioner did not show "good cause," as required under Rule 6(a) of the Rules Governing Section 2254 Cases.  The motion for reconsideration reiterates the arguments that were rejected in his discovery motion.  The discovery petitioner seeks concerns the reasons prison officials searched his cell and discovered contraband.  As explained earlier, their reasons for the search are not relevant to his due process claim.  The motion for reconsideration is consequently **DENIED**.  Petitioner is granted additional time in

which to file a traverse, to and including **December 12, 2013**. No further time extensions will be allowed.

**IT IS SO ORDERED.**

Dated: November   14  , 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE